UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

TREMOND THOMAS #624530     CIVIL ACTION NO. 20-cv-1428

VERSUS     JUDGE ELIZABETH E. FOOTE

DARREL VANNOY     MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 12], and having thoroughly reviewed the record, including the written objections filed [Record Document 13], and concurring with the findings of the Magistrate Judge under the applicable law;

It is **ORDERED** that Petitioner's petition for writ of habeas corpus is **DENIED**.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, **DENIES** a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the _7th_ day of June, 2023.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE